IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| T.A., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-983-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLADSEN ENTERPRISES, LLC; and | ) | |
| KENNETH RICHARD WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

Stephen L. Brischetto
806 S.W. Broadway, Suite 400
Portland, Oregon  97205

    Attorney for Plaintiff

James M. Shore
Jennifer K.T. Warner
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, Oregon  97204

Page 1 - ORDER

Karen M. Vickers
Bullivant Houser Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204

      Attorneys for Defendants

KING, Judge:

      The Honorable Donald C. Ashmanskas, United States Magistrate Judge, issued his Findings and Recommendation in a telephone motion hearing on November 6, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Defendants' have filed objections to the Findings and Recommendation. Plaintiff has not filed a response.

      When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

      Having given a *de novo* review of the issues raised in plaintiff's objections to the Findings and Recommendation, I find no error.

      Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#36). IT IS HEREBY ORDERED that the Defendants' Motion to Reassign Case to Pendleton (#16) is DENIED.

      Dated this    30th    day of November, 2006.

                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge

Page 2 - ORDER