IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

T.A.,

            Plaintiff,            CV No. 06-983-AS

   v.

                                      JUDGMENT
WILLADSEN ENTERPRISES, LLC, and      OF DISMISSAL
KENNETH WHITE,

            Defendants,

ASHMANSKAS, Magistrate Judge:

      Based on the Stipulation of Dismissal (No. 77) signed by the parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and filed by plaintiff on June 18, 2007, the court finds this case has been fully compromised and settled.

      Therefore, IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice without costs or fees to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

      DATED this 19th day of June, 2007.

                                            /s/ Donald C. Ashmanskas
                                            DONALD C. ASHMANSKAS
                                            United States Magistrate Judge